GODFREY v. ZONING BD. OF ADJUSTMENT

No. 182PA85.

Case below: 73 N.C. App. 299.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 4 June 1985.

GOOD v. GOOD

No. 100P85.

Case below: 72 N.C. App. 312.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 May 1985.

GROGAN v. MILLER BREWING CO.

No. 120P85.

Case below: 72 N.C. App. 620.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

HANNA v. BRADY

No. 233P85.

Case below: 73 N.C. App. 521.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 June 1985.

HARBACH v. LAIN AND KOENIG

No. 204P85.

Case below: 73 N.C. App. 374.

Petition by defendant (Clarence Hemminger) for discretionary review under G.S. 7A-31 denied 4 June 1985.